```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )         4:12CR3142
                             )
         v.                  )
                             )
DANNY L. WESTLAKE,           )           ORDER
                             )
              Defendant.     )
_____)
```

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 27). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to dismiss the indictment is granted. This action is dismissed as to defendant Danny L. Westlake.

DATED this 24th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court